[No. 14918-4-II. Division Two. March 18, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM ANTHONY BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 90-1-00484-1, Richard A. Strophy, J., entered March 26, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[No. 10407-9-III. Division Three. March 19, 1992.]

F.H. CHEN, ET AL, *Appellants*, v. MAX L. COTTRELL, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Franklin County, No. 87-2-50416-9, Dennis D. Yule, J., entered October 20, 1989. *Reversed* by unpublished opinion per Shields, C.J., concurred in by Thompson, J., and Mitchell, J. Pro Tem.

[No. 10843-1-III. Division Three. March 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. STUART F. McTAGGART, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 89-1-00389-0, Fred Van Sickle, J., entered May 29, 1990. *Reversed* and *dismissed* by unpublished opinion per Shields, C.J., concurred in by Munson, J., and Hanson, J. Pro Tem.